UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SPRINT NEXTEL CORPORATION and SPRINT COMMUNICATIONS COMPANY, L.P.,<br><br>Plaintiffs,<br><br>v.<br><br>ACE WHOLESALE, INC, JASON FLOAREA, ERIC MANDREGER, DOMINICK LANORE, TONY ARCHIE, JOSE GENEL, BARNEY GUNN, COPTRADE, INC., and MOSHE ALEZRA,<br><br>Defendants. | Miscellaneous Action No. 1:14-mc-00247-P1<br><br>(Related to Civil Action 1:12-cv-2902-JEC, N.D. Ga.) |

## NOTICE OF MOTION

**PLEASE TAKE NOTICE** that, upon the accompanying declaration of Gail Podolsky, and the exhibits attached thereto, and the accompanying Memorandum of Law in support of this motion, Plaintiffs Sprint Nextel Corporation and Sprint Communications Company, L.P. will move this Court, on August 26, 2014 at 10:00 a.m. before the Part I Judge, pursuant to Rules 37 and 45 of the Federal Rules of Civil Procedure, to compel third-party P & R Brothers, LLC to produce documents and appear for a deposition.

Dated: August 6, 2014.

_____
Jennifer A. Yasko (JY4034)
Email: jyasko@cfjblaw.com
James B. Baldinger
Florida Bar No. 869899
Email: jbaldinger@cfjblaw.com
Stacey K. Sutton
Florida Bar No. 289530
Email: ssutton@cfjblaw.com

CARLTON FIELDS JORDEN BURT P.A.
525 Okeechobee Boulevard, Suite 1200
West Palm Beach, Florida 33401-6350
Tel: 561-659-7070
Fax: 561-659-7368

Gail Podolsky
Georgia Bar No. 142021
Email: gpodolsky@cfjblaw.com
CARLTON FIELDS JORDEN BURT P.A.
1201 West Peachtree Street, Suite 3000
Atlanta, Georgia  30309
Tel:    404-815-3400
Fax:   404-815-3415

*Attorneys for Sprint Nextel Corporation and Sprint Communications Company, L.P.*

## CERTIFICATE OF SERVICE

I certify that, on August 6, 2014, a true and correct copy of the foregoing was sent via email and overnight delivery to the following:

| | |
|---|---|
| D. Fernando Bobadilla<br>The Bobadilla Law Firm<br>20900 N.E. 30th Avenue, Suite 815<br>Aventura, Florida 33180<br>Email: fernandob@bobadillafirm.com<br><br>Stephen R. Risley<br>Smith Risley Tempel Santos LLC<br>Two Ravinia Drive, Suite 700<br>Atlanta, Georgia 30346<br>Email: srisley@srtslaw.com<br><br>*Counsel for Defendants Ace Wholesale, Inc., Jason Floarea, Eric Mandreger, Dominick Lanore,*<br>*Tony Archie, and Mr. Jose Genel* | Moshe Alezra<br>P.O. Box 15191<br>Atlanta, Georgia 30333<br>Email: mo@copatrade.com<br><br>*Pro se Defendant* |
| Amelio Marino<br>Marino & Veneziano<br>163 West 71st Street<br>New York, New York 10023<br>Email: marino@marinomanhattanlaw.com<br><br>*Counsel for Non-Party P & R Brothers, LLC* | Pujan Maniyar<br>P & R Brothers, LLC<br>1516 Kennedy Boulevard<br>Union City, New Jersey 07087<br>Email: pujan.maniyar@gmail.com<br><br>*Registered Agent for Non-Party P & R Brothers, LLC* |

_____
Jennifer A. Yasko