**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **SPRINT NEXTEL CORPORATION and SPRINT COMMUNICATIONS COMPANY, L.P.,**<br><br>**Plaintiffs,**<br><br>**v.**<br><br>**ACE WHOLESALE, INC, *ET AL.*,**<br><br>**Defendants.** | **Miscellaneous Action No. 1:14-mc-00247-P1**<br><br>**(Related to Civil Action 1:12-cv-2902-JEC, N.D. Ga.)** |

Pursuant to Rule 3.1 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, the undersigned, Gail E. Podolsky, hereby moves this Court for an Order for admission to practice Pro Hac Vice to appear as counsel for Plaintiffs Sprint Solutions, Inc. and Sprint Communications Company L.P. in the above-captioned action.

I am a member in good standing of the bar of the Supreme Court of the State of Georgia and there are no pending disciplinary proceedings against me in any state or federal court.

Respectfully submitted this 11th day of August, 2014.

By: ______________________________

Gail E. Podolsky
Georgia Bar No. 142021
Email: gpodolsky@cfjblaw.com
*To be admitted pro hac vice*
**CARLTON FIELDS JORDEN BURT, P.A.**
1201 West Peachtree Street
Suite 3000
Atlanta, Georgia 30309
Phone: (404) 815-2714
Fax: (404) 815-3415

Jennifer A. Yasko (JY4034)
Email: jyasko@cfjblaw.com

James B. Baldinger
Florida Bar No. 869899
Email: jbaldinger@cfjblaw.com
Stacey K. Sutton
Florida Bar No. 289530
Email: ssutton@cfjblaw.com
CARLTON FIELDS JORDEN BURT P.A.
525 Okeechobee Boulevard, Suite 1200
West Palm Beach, Florida 33401-6350
Tel: 561-659-7070
Fax: 561-659-7368

*Attorneys for Sprint Nextel Corporation and Sprint Communications Company L.P.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was electronically filed with the Clerk of Court using CM/ECF, which will send notification to the registered attorney(s) of record that the documents have been filed and are available for viewing and downloading.

I certify that, on August 11, 2014, a true and correct copy of the foregoing was sent via U.S. Mail, postage prepaid, addressed to the following:

| | |
|---|---|
| D. Fernando Bobadilla<br>The Bobadilla Law Firm<br>20900 N.E. 30th Avenue, Suite 815<br>Aventura, Florida 33180<br>Email: fernandob@bobadillafirm.com<br><br>Stephen R. Risley<br>Smith Risley Tempel Santos LLC<br>Two Ravinia Drive, Suite 700<br>Atlanta, Georgia 30346<br>Email: srisley@srtslaw.com<br><br>*Counsel for Defendants Ace Wholesale, Inc., Jason Floarea, Eric Mandreger, Dominick Lanore,*<br>*Tony Archie, and Mr. Jose Genel* | Moshe Alezra<br>P.O. Box 15191<br>Atlanta, Georgia 30333<br>Email: mo@copatrade.com<br><br>*Pro se Defendant* |
| Amelio Marino<br>Marino & Veneziano<br>163 West 71st Street<br>New York, New York 10023<br>Email: marino@marinomanhattanlaw.com<br><br>*Counsel for Non-Party P & R Brothers, LLC* | Pujan Maniyar<br>P & R Brothers, LLC<br>1516 Kennedy Boulevard<br>Union City, New Jersey 07087<br>Email: pujan.maniyar@gmail.com<br><br>*Registered Agent for Non-Party P & Brothers, LLC* |

*/s/ Jennifer A. Yasko*
Jennifer A. Yasko
*Attorneys for Sprint Nextel Corporation and Sprint Communications Company L.P.*