HUGH P. THOMPSON, CHIEF JUSTICE
P. HARRIS HINES, PRESIDING JUSTICE
ROBERT BENHAM
CAROL W. HUNSTEIN
HAROLD D. MELTON
DAVID E. NAHMIAS
KEITH R. BLACKWELL
    JUSTICES

# Supreme Court
# State of Georgia

STATE JUDICIAL BUILDING

Atlanta 30334

THÉRÈSE S. BARNES, CLERK
JEAN RUSKELL, REPORTER

August 6, 2014

I hereby certify that Gail Ellen Podolsky, Esq., was admitted on the 12th day of October, 2005, as a member of the bar of the Supreme Court of Georgia, the highest court of this State; and, since that date she has been and is now a member of this bar in good standing, as appears from the records and files in this office.

Witness my signature and the seal of this Court hereto affixed the day and year first above written.

*[signature]* , Clerk