UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SPRINT NEXTEL CORPORATION and SPRINT COMMUNICATIONS COMPANY, L.P.,<br><br>                  Plaintiffs,<br><br>v.<br><br>ACE WHOLESALE, INC, *ET AL.*,<br><br>                  Defendants. | Miscellaneous Action No. 1:14-mc-00247-P1<br><br>(Related to Civil Action 1:12-cv-2902-JEC, N.D. Ga.) |

The motion of Gail E. Podolsky for admission to practice Pro Hac Vice in the above-captioned action is granted.

Applicant has declared that she is a member in good standing of the bar of the Supreme Court of the State of Georgia; and that her contact information is as follows:

    Gail E. Podolsky
    Georgia Bar No. 142021
    Email: gpodolsky@cfjblaw.com
    **CARLTON FIELDS JORDEN BURT, P.A.**
    1201 West Peachtree Street
    Suite 3000
    Atlanta, Georgia 30309
    Phone: (404) 815-2714
    Fax: (404) 815-3415

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for Plaintiffs Sprint Nextel Corporation and Sprint Communications Company L.P. in the above-captioned action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above-captioned case in the United States District Court for the Southern District of New York.

36141439.1

All Attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated:_____                    _____
                                                          United States District/Magistrate Judge