**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **SPRINT NEXTEL CORPORATION and SPRINT COMMUNICATIONS COMPANY, L.P.,** <br><br> Plaintiffs, <br><br> v. <br><br> **ACE WHOLESALE, INC, *ET AL*.,** <br><br> Defendants. | Miscellaneous Action No. 1:14-mc-00247-P1 <br><br> (Related to Civil Action 1:12-cv-2902-JEC, N.D. Ga.) |

The motion of James B. Baldinger for admission to practice Pro Hac Vice in the above-captioned action is granted.

Applicant has declared that he is a member in good standing of the bar of the Supreme Court of the State of Florida; and that his contact information is as follows:

> James B. Baldinger
> Florida Bar No. 869899
> Email: jbaldinger@cfjblaw.com
> **CARLTON FIELDS JORDEN BURT, P.A.**
> 525 Okeechobee Boulevard, Suite 1200
> West Palm Beach, Florida 33401
> Phone: (561) 659-7070
> Fax: (561) 659-7368

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for Plaintiffs Sprint Nextel Corporation and Sprint Communications Company L.P. in the above-captioned action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above-captioned case in the United States District Court for the Southern District of New York.

36141428.1

All Attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated:_____                    _____
                                      United States District/Magistrate Judge